(103 So. 920)

Jesse M. ROGERS et al. v. Minnie E. WILDMAN. (6 Div. 67.) (Supreme Court of Alabama. April 21, 1925.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(103 So. 920)

ST. LOUIS & S. F. RY. CO. v. S. E. LUCAS, Adm'r. (6 Div. 300.) (Supreme Court of Alabama. April 21, 1925.) Appeal from Circuit Court, Marion County; Ernest Lacy, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(101 So. 921)

W. T. SAVAGE v. S. G. DEASON. (6 Div. 218.) (Supreme Court of Alabama. Oct. 23, 1924.) Appeal from Circuit Court, Walker County; R. L. Blanton, Judge. L. D. Gray, of Jasper, for appellant. Curtis, Pennington & Pou, of Jasper, for appellee. Transferred from Court of Appeals.

SOMERVILLE, J. There is no reversible error in rulings on the admission of evidence assigned. The judgment is affirmed.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.

---

(102 So. 919)

Ex parte J. P. SHELTON. (6 Div. 344.) (Supreme Court of Alabama. Jan. 22, 1925.) Petition for Mandamus to the Board of Commissioners of the State Bar.

PER CURIAM. Petition dismissed. Application should be first made to circuit court. All the Justices concur.

---

(103 So. 920)

E. F. SHIPMAN, Adm'r, v. Pearl ISAREL et al. (6 Div. 310.) (Supreme Court of Alabama. April 21, 1925.) Appeal from Probate Court, Winston County; John B. Weaver, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.